IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. GAZZO, II | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:09CV719-LG-RHW |
| | § | |
| MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY; GEORGE PHILLIPS, individually; CHARLES V. "CHARLIE" WILLIAMS, individually; STEPHEN SIMPSON, individually; HOUSTON DORR, individually; JOHN PERKINS, individually; and JOHN DOES 1-2 | § § § § § § § § | DEFENDANTS |

### ORDER GRANTING STEPHEN SIMPSON'S MOTION TO DISMISS

**BEFORE THE COURT** is the Motion to Dismiss [36] filed by Stephen Simpson.  For the reasons stated in this Court's Memorandum Opinion and Order Granting Charles Williams' Motion for Summary Judgment [33] and this Court's Order Granting Motion for Judgment on the Pleadings filed by John Perkins and Motion to Dismiss filed by Houston Dorr [34], the Court finds that Simpson's Motion to Dismiss should be granted.  The Court also notes that Simpson was appointed as Public Safety Commissioner after the events alleged in Gazzo's complaint.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss [36] filed by Stephen Simpson is **GRANTED**.  Gazzo's claims against Simpson are hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 14th day of May, 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge